```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARDEV S. BAWA,

                 Petitioner,

-against-

MERRICK B. GARLAND,

                 Respondent.

21 Civ. 5823 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      This petition, which was originally filed in the Second Circuit, was transferred to this Court. ECF No. 1. In transferring the petition, the Second Circuit raised questions around whether this Court, or any court, has jurisdiction over a petition for review of a Board of Immigration Appeals' decision affirming an immigration judge's decision rescinding a petitioner's lawful permanent resident status. *See Bawa v. Garland*, No. 18 Civ. 1004, ECF No. 75 (2d. Cir. July 6, 2021). Accordingly,

1. By **April 21, 2022**, Petitioner shall file a supplemental brief addressing whether this Court has jurisdiction over this petition; and
2. By **May 12, 2022**, Respondent shall file his response.

SO ORDERED.

Dated: March 31, 2022
       New York, New York

                                                     ANALISA TORRES
                                          United States District Judge