UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARDEV S. BAWA,

                        Petitioner,

-against-

MERRICK B. GARLAND,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2022_

21 Civ. 5823 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 31, 2022, the Court ordered Petitioner to file a supplemental brief addressing whetherer this Court has jurisdiction over this petition by April 21, 2022. ECF No. 3. This supplemental brief is now overdue. Accordingly, by **May 2, 2022**, Petitioner shall file a suppremental brief. By **May 23, 2022**, Respondent shall file his response.

    SO ORDERED.

Dated: April 26, 2022
       New York, New York

                                                      ANALISA TORRES
                                            United States District Judge